PEYROUX *vs.* CHASAL.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE
BUCHANAN PRESIDING.

In a case of redhibition depending upon the testimony of witnesses, which
stands uncontradicted, and the judge *a quo* gave full faith to it, this
court cannot afford relief to the appellant.

This is an action to rescind the sale of a slave, and
recover back the *price*, on account of redhibitory defects and
maladies with which the slave was affected at the time and
since the sale. The fact of the slave being sorely afflicted
with rheumatism, so as to render him worthless, was sworn
to by witnesses, to whose testimony the judge *a quo* gave
credence. There was judgment for the plaintiff, and the
defendant appealed.

*D. Seghers*, for the plaintiff.

*Benjamin*, for the appellant.

*Rost, J.*, delivered the opinion of the court.

This is an action instituted to rescind the sale of a slave,
on account of redhibitory defects, which the plaintiff alleges
existed before and at the time of the sale, to the knowledge
of the defendant, and were concealed by her.

The defendant acknowledged that she had sold the slave,
but denied all the other allegations of the petition, and
averred that she had sold him in good faith, and that the
plaintiff knew said slave well, and was aware of his qualities
and vices. The court below gave judgment in favor of the
plaintiff, and the defendant appealed. We see nothing in
the record that could induce us to relieve the defendant.
One witness testified, that, before the sale, the slave was
sick all the while with the rheumatism, and that he was
often so sick that he could not use his limbs or feed himself.
Two other witnesses swore that the disease has continued
upon him since, and entirely disables him. One of those

witnesses stated that the slave had been hired to the corporation, but that he was sent back to the plaintiff, owing to his rheumatic pains: this testimony stands uncontradicted, and, as the judge who tried the case in the first instance gave full faith to it, we feel bound to do the same.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs.